UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                )<br>                    Plaintiff,                 )<br>                                                                )<br>        v.                                                    )<br>                                                                )<br>JESUS AMEZCUA-CONTRERAS (1), )<br>                                                                )<br>                    Defendant.             )<br>                                                                ) | Criminal Case No.93cr0163-JLS<br><br>ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT AND RECALL OF WARRANT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant JESUS AMEZCUA-CONTRERAS, be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrant for JESUS AMEZCUA-CONTRERAS, be recalled and judgment entered.

DATED: February 29, 2012

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge